1  STEVEN J. OLSON (S.B. #182240)
   solson@omm.com
2  ELIZABETH L. MCKEEN (S.B. #216690)
   emckeen@omm.com
3  ROBERT M. SWERDLOW (S.B. #200266)
   rswerdlow@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  Los Angeles, California  90071-2899
   Telephone:  (213) 430-6000
6  Facsimile:  (213) 430-6407

7  Attorneys for Defendants
   JPMORGAN CHASE & CO.; JPMORGAN
8  CHASE BANK, N.A.; and CHASE
   MANHATTAN BANK USA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; and CHASE MANHATTAN BANK USA, N.A.,<br><br>            Defendants. | Case No. 14-CV-09750 ODW (RZx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:        April 6, 2015<br>Time:        1:30 p.m.<br>Judge:       Hon. Otis D. Wright II<br>Courtroom: 11 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on April 6, 2015 at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Otis D. Wright II (Courtroom 11) of the above-entitled Court, located at 312 North Spring Street, Los Angeles, California, Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and Chase Manhattan Bank USA, N.A. (n/k/a Chase Bank USA, N.A.) (collectively, "Chase") will and hereby do move to dismiss Plaintiff's Complaint for lack of standing under Fed. R. Civ. P. 12(b)(1) and for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).

This Motion is based on Chase's concurrently filed Memorandum of Points and Authorities, the Court's file in this action, the arguments of counsel, and all supplemental papers filed at or before the hearing on this Motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 17, 2015.

Dated:  February 24, 2015

        STEVEN J. OLSON
        ELIZABETH L. MCKEEN
        ROBERT M. SWERDLOW
        O'MELVENY & MYERS LLP

By:   */s/ Steven J. Olson*
       Steven J. Olson
Attorneys for Defendants
JPMORGAN CHASE & CO.;
JPMORGAN CHASE BANK, N.A.; and
CHASE MANHATTAN BANK USA, N.A.